UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

14 SEP -4 PM 3: 05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

  DEPUTY

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

JOSE MORQUECHO RUIZ (1),

            Defendant.

CASE NO. 14CR1400-WQH

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment and Superseding Indictment:

21:952, 960; 18:2 - Importation of Methamphetamine; Aiding and Abetting (1)
21:952,960;18:2 - Importation of Heroin; Aiding and Abetting (1s)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 4, 2014

William Q. Hayes
U.S. District Judge